UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | | CASE NO. MDL No. 1699 **ORDER OF DISMISSAL WITH PREJUDICE** |
|---|---|---|
| This Document Relates to: | | |
| Will Bass, Sr. | 06-0087 CRB | |
| Jean M. Benham, et al. | 06-1689 CRB | |
| Louise Bush | 06-2431 CRB | |
| Ethel L. Cook | 05-4779 CRB | |
| Junior Counts | 06-2081 CRB | |
| Richard Croft | 06-1901 CRB | |
| David L. Davis | 08-1858 CRB | |
| Robert C. Duke, et al. | 07-0056 CRB | |
| Julie E. Greer | 08-1858 CRB | |
| Wayne A. Gunnison | 06-3665 CRB | |
| Jonathan Halley | 05-4781 CRB | |
| Clarice Hare | 05-4735 CRB | |
| Earl J. Lachney | 06-3094 CRB | |
| Robert Lewis | 08-0220 CRB | |
| Randolph D. McMillion, et al. | 07-0473 CRB | |
| Lecia Nolan | 06-2434 CRB | |
| Clara Olmsted | 08-1858 CRB | |
| Heathere Ralph | 06-2436 CRB | |
| Martha Taylor | 06-0087 CRB | |

- 1 -
ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB

1  The Court ordered the plaintiffs identified in the caption to show cause why their actions
2  should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause
3  order, no plaintiff listed in the caption has responded to the Court's order and no plaintiff
4  appeared at the show cause hearing. Accordingly, the actions identified in the above caption are
5  DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

6  **IT IS SO ORDERED.**

7  Dated: September 25, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 2 -
ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB