Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-1901 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Deborah Caywood, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Monsanto Company, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Marguerite Erskin, Janie Halbrooks, Mike Kyle, Hazel Singleton, and James Tanner in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42581914.1

1 | DATED: 11-17, 2009    By: _____

2

3 | **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
4 | P.O. Box 4160
Montgomery, Alabama 36103
5 | Telephone: 334-269-2343
Facsimile: 334-954-7555

6

*Attorneys for Plaintiffs*

7

8 | DATED: Nov. 17, 2009    By: _____

9

10 | **DLA PIPER LLP (US)**
1251 Avenue of the Americas
11 | New York, New York 10020
Telephone: 212-335-4500
12 | Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

13

14

15

16 | **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

17

18 | Dated: NOV 2 3 2009

_____
19 | Hon. Charles R. Breyer
United States District Court

20

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE